Dismissed and Memorandum Opinion filed September 14, 2006








Dismissed
and Corrected Memorandum Opinion filed September 15, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00663-CV

____________

 

SEI HOLDINGS CORPORATION D/B/A SEI
METAL TEK AND RHR ACQUISITION CO. L.L.C. D/B/A SEI HEAT TREAT, Appellants

 

V.

 

MARJORIE PATRICIA SCOTT,
Appellee

 



 

On Appeal from the 309th District Court

Harris County, Texas

Trial Court Cause No. 05-70105

 



 

C O R R E C T E D   M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 20, 2006.  On August 18, 2006, the
parties filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Corrected Memorandum Opinion
filed September 14, 2006.

Panel consists of Justices Fowler, Edelman and Frost.